Jo Anne MORRIS, Petitioner,

v.

**FEDERAL DEPOSIT INSURANCE CORPORATION, Respondent.**

No. 04–3228.

United States Court of Appeals,
Federal Circuit.

Sept. 15, 2004.

Michael J. Kator, Kator, Parks, Washington, DC, for Petitioner.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**HONEYWELL, INC., Plaintiff–Appellee,**

v.

**VICTOR COMPANY OF JAPAN, LTD. and U.S. JVC Corp., Defendants–Appellants.**

No. 04–1399.

United States Court of Appeals,
Federal Circuit.

Sept. 15, 2004.

Martin R. Lueck, Robins, Kaplan, Minneapolis, MN, for Plaintiff–Appellee.

Anthony W. Shaw, Dewey Ballantine, Washington, DC, for Defendants–Appellants.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).